2:20-cv-00405-JMS-MJD

Lee H Hamilton Federal Building
& US courthouse Room 210
Dear, (Winfield K Denton Federal Building,)
I Darius M Cooper was wanting to file a lawsuit against Evansville State Hospital & Wellbutrin for genecomastia enlargement of male breast. Side effects of psychiatric medications prescribed without my consent or forced upon my well being caused psycho-somatic illnesses due to the effects. I have vision problems drastic weight lost genecomastia lack of concentration lock jaw problems urinating and having an erection. Muscle deterrioration chronic masturbation occurs from the side effects of the medications they prescribed! Such psychiatric medications are abilify risperadol wellbutrin etc. Due to side effects I quit taking psychiatric medications I do yoga exercise study and live a healthier better life also shortness of breathe even while sleeping was a major side effect. During my stay at the Evansville state hospital I had problems with the psychiatrist(s)! saying I stated false evidence dillusions of my songwriting hobbies Songbay.com I copy right music under username Souloe / Darius Cooper etc. I also was overdosed on gealon thorizine etc shots which caused major side effects I listed

I was very very weak sick & having severe problems breathing which I still do today! This all occured in 2016 at the Evansville state hospital.

Recently I had another psychiatric Doctor(s) who has found me competent in person but then for some illegal matter found me incompetent to stand Trial which I had approved for fast & speedy in 2015 in the Vigo County Courtroom Division 3

In my previous appointment(s) in the Vigo County Jail and a office at with Howard E Wooden at the Vigo County Court house Virgil Macke found nothing wrong with me. James Organ said he will have me released he sexually assaulted me as a kid over a decade ago him and Norma Organ my Attorney(s) at the Public Defenders Office. They are trying to cover up there past criminal activity. And Norma had sexual desires to get with me she has sex with inmates her and her sister Gretchen & Norma Organ

I would like lawsuits.

Sincerely Darius M Cooper