UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF INDIANA
TERRE HAUTE DIVISION

| | |
|---|---|
| DARIUS M. COOPER, | ) |
| | ) |
| *Plaintiff*, | ) |
| | ) |
| v. | ) No. 2:20-cv-00405-JMS-MJD |
| | ) |
| EVANSVILLE STATE HOSPITAL, ET AL., | ) |
| | ) |
| *Defendants*. | ) |

### FINAL JUDGMENT PURSUANT TO FED. R. CIV. P. 58

For the reasons set forth in the Court's Order entered this day, the Court now enters **FINAL JUDGMENT** and **DISMISSES** Plaintiff's Complaint **WITH PREJUDICE** for failure to state a claim upon which relief can be granted.

Date: 12/29/2020

Hon. Jane Magnus-Stinson, Chief Judge
United States District Court
Southern District of Indiana

Roger A.G. Sharpe, Clerk

BY: _____

Deputy Clerk, U.S. District Court

**Distribution via U.S. Mail to**:

Darius M. Cooper
26137
Evansville State Hospital
3400 Lincoln Avenue
Evansville, IN 47714